IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID NELSON PRYER,

        Plaintiff,

  v.

M.S. EVANS, Warden, et al.,

        Defendants.
                                    /

No. CV-07-4025 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff's complaint fails to state a claim for relief. Accordingly, the above-titled action is hereby DISMISSED.

Dated: January 11, 2008                                       Richard W. Wieking, Clerk

                                                                   By: Tracy Lucero
                                                                   Deputy Clerk