MOTION FOR RECONSIDERATION

OF DAVID NELSON PRYER
PLAINTIFF

V

MS EVANS WARDEN ET AL
DEFENDANTS

NO. C07 4025 MMC (PR)

FILED
08 FEB -6 PM 2:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NELSON PRYER, | No. C 07-4025 MMC (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M.S. EVANS, Warden, et al., | (Docket No. 4.) |
| Defendants. | |

On August 6, 2007, plaintiff, a prisoner incarcerated at Salinas Valley State Prison[1] and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983, seeking monetary damages. By separate order filed concurrently herewith, plaintiff has been granted leave to proceed in forma pauperis.

## DISCUSSION

A.  Standard of Review

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id.

---

[1] On August 24, 2007, plaintiff notified the Court he had been transferred to Folsom State Prison.

# MOTION FOR RECONSIDERATION

EXCUSE ME DISTRICT COURT, IM WRITEING YOU WITH IN 10 WORKING DAYS, MOTIONING FOR RECONSIDERATION DUE TO SEVERAL RESONS. 1ST YOU TOTALY OVERLOOKED MY 1ST GROUND, STATEING FLOOR STAFF MENDOZA, MUNGER, & FRISK, WAS INVOLVED IN THE TATTOOING IN THE BLOCK, HAVEING A EXAUSTED 602, SHOWING A FACT FINDING OF THIS, DISREGAURDING PENOL CODES, & VIOLATEING TITLE 15 SECTIONS & MY 8TH AND 14TH AMENDMENTS, BY MALISHIELY POSPONEING ME FOR LONGER THEN 6 MONTHS FOR TATTOO WORK, THRU MEETING OF THE MINDS WITH INMATE CARDWELL       WHILE I STAYED LOCKED IN A SMALL CELL, WITH UNBAREABLE MESSES, ON BOTH OUTER ARMS, IN TATTOES. EVENTUALY REMOVEING A PIECE OF FLESH MYSELF. SEE HUDSON VS MC MILLAN (1992) 501 US 294 [112 SCT 995; 117 ED 2D 165] LOSEING LARGE AMOUNTS OF MONEY & PROPERTY. STAFF BIENG AWARE OF, ALSO OF RECIEVEING THREATS BY

1  INMATE CARDWELL, BIENG RESONS
2  OF PHISICAL CONFRONTATION, AND RVR,
3  SUFFERING FROM CONSTENT PHYCOLOGIC
4  STRESS, P.T.S.D., PHISICAL, & ACTUAL
5  DAMAGES, & LOSES, SEE 42 USC 1977e(e)
6
7  2ND ON YOUR RESPONCE COPY, OF
8  CITEING MY CASES, WITCH WERE
9  DISMISSED. YOUR 1ST ISSUE, OF
10 (REISSUED RULES VIOLATIONS REPORT).
11 YOU STATE I ALLEDGE! 1ST, STATES
12 MY ALLEGATIONS ARE UNCLEAR. 1ST,
13 THIS WHOLE GROUND, IS BASED ON A
14 NEGLAGENCE GROUND, BY A GANG
15 INVESTIGATOR HANELY, STATEING MY
16 RVRS STAYING THE SAME, BUT SHES
17 RECOMENDING A S.H.U SUSPENSION,
18 A TRANSFER, & THE D.A.s NOT PICKING
19 THE CASE UP. WERE I STATED THIS
20 IN MY EXAUSTED 602, & MY GROUND,
21 ~~HAVEING~~ HAVEING A WITNESS TO HANELYS
22 STATEMENTS, OF REVERSEING MY
23 SENTENCE, AT MY CELL DOOR. SEE ID
24 AT 486 87. THEN GOING TO COMMITEE,
25 BIENG TOLD THIERS NO DOCUMENTATION
26 OF I.S.U.s HANELYS RECOMENDATIONS,
27 OR THE D.A.s DECLINE, OR MY 115 BIENG
28 HEARD, WERE IT WAS. YOUR DISTRICT

1  & APPEALS COORDINATORS OFFICE, IN S.V.S.P
2  BOTH MISUNDERSTOOD, THIS COMPLIANT,
3  DISCRIBEING, IM CLIAMING THAT THE
4  C.V.R SHOULD BE DISMISSED, OR NEVER
5  REHEARD. I NEVER CLIAMED THIS AT ALL
6  FROM THE DAY I FILED MY 602, I HAVE
7  BEEN CLIAMING, NEGLAGENCE & RETALEATIO
8  ASKING FOR HAILEY. INFORMATION, SHE
9  RECOMENDED, TO ME, TO SURFACE, THIS
10 bIENG CAUSES OF MY CONSTANT PHSCOLOGII
11 STRESS, bY ACTIVATEING THE D.A. REFERAL
12 & OTHER ISSUES bY NEGLECTING THIS
13 DOCUMENTATION.
14
15  3rd REGAURDING MY INVASIONS OF
16 PRIVACY ALLIGATIONS, YOU STATE A CLIAM
17 IS FRIVOLOUS, IF IT IS PREMISSED ON AN
18 INDISPUTED MERITLESS LEGAL THEORY, OR
19 LACKING FACTUAL bASIS.
20 1ST, C.D.C.R. TITLE 15 SECTIONS, 3413A1 (SIC
21 STATES ITS A VIOLATION TO TRANSMIT
22 INFORMATION, THAT VIOLATES OR INFRINGES
23 ON RIGHTS OF PRIVACY, & THE 4TH
24 CONSTITUTIONAL AMENDMENT STATES, MY RIGHT
25 TO GATHER INFORMATION (WITCH THIS RIGHT IS
26 VIOLATED bY THIS TRANSMISSION SPREADING M
27 INFORMATION THATS GATHERED, CREATING FEDERA
28 INFINGEMENT SUITS OF MY WORK) & GARRENTES

1. GOVERNMENTS, CANT ACT ON UNREASONABLE
2. ASUMTIONS, TO VIOLATE THIS RIGHT, THRU
3. SAFE GAURD ISSUES, & FEDERAL LAW
4. PRIVACY ACTS, BY BIENG PROTECTED BY
5. THIS ABUSE. BASED ON FACTS,
6. STATE PRISONS, HAVE HISTORY'S OF THIS
7. ABUSE. (CSP SAC IS ONE OF THEM) &
8. REGAURDING A SIMULAR ISSUES, IN A
9. DETRIOT PRISON, COURTS HAD TO MOTION
10. THIS ABUSE UNCONSTITUTIONAL, THIS BIENG
11. ANOTHER GROUND IM CLIAMING RELIEF
12. THRU PHSCOLOGICAL STRESS.

davidpryer   JAN 31 08

