

SAC-FOL A-B-C - INMATE MAIL
CALIFORNIA STATE PRISON SACRAMENTO
POB 290066
REPRESA CA 95671-0066