

EXCUSE ME DISTRICT COURT THIS MEMO
IS IN RESPONCE TO YOUR DISMISSIL, SEE MC
DOWELL V CALDERON AND SEE, WEST V ATKINS 981 US 93 98
POINTING OUT WERE YOUR DISTRICT UNCLEARLY
INTERPRETED MY SUIT 1983 OVER A CONSTITUTION
VIOLATIONS,

IM RESPONDING ON THE 14 TH WORKING DAY
FROM RECIEVEING YOUR RESPONCE OF DISMISIL
IN JULY 29 2008 ONLY DUE TO MY LAW SUBJECT
BOOKLET, INSTRUCTIONAL STATES I HAVE AT LEAST
2 OR 3 WEEKS TO RESPOND TO YOUR DISSMIL
BY MEMORANDUM,

# MEMORANDUM

TO WERE YOUR COURT MISSINTERPRETED MY
GROUNDS AND ALIGATIONS IS
"GROUND" CRUEL AND UNUASAL PUNISHMENT
DESCRIBES NOT ONLY PRISON OFFICIALS
ALLOWED ME TO MAKE FINANCIAL AGREEMENTS
DISREGUARDING PRISON TITLE 15 REGULATIONS
& PEROLE CODES, THRU OVER FAMILURARITY WITH
INMATES, BIENG INVOLVED WITH TASKS OTHER
THEN THIER PROFESSENIAL DUTYS, ALSO
CONSPIREING MALISHISLY THRU MEETING OF
THE MINDS WITH INMATE GROUPS TO DELAY
THIS AGREEMENT ISSUE JUST FOR THE VERY
PURPOSE TO COMMIT HARM. BUT ARE DISREGAURD

ING ME FACTS FINDING C.O.s BIENG AWARE
OF ME BIENG ~~AWARE~~ PONDERED APON BIENG
ISSUMED CONTROL OVER FOR LARGE AMOUNTS OF
MONEY AND PROPERTY BIENG STOLE AND DELT
WITH BUT DESCRIBE HOW DEFENDANTS
CONSPIRED MALISHISLY JUST FOR THE VERY
PURPOSE TO COMMIT HARM THREW MEETING
OF THE MINDS WITH GROUPS IN THE BLOCKS,
S.V.S.P A YARD 2 BLOCK TO DELAY AND DELAY
OVER A PERIOD OF 6 MONTHS SUFFERING
FROM P.T.S.D (STRESS SYNDROM) JUST OVER
BIENG DELAYED MALISHISLY CAUSEING
PHSCOLOGICAL DISORDERS AND PROBLEMS,
AND **PHISICLY** (PHISICLY) DUE TO INTENSIONAL

UNBARE'ABLE (UNBARABLE) TATOO MESSES
ON BOTH OUTER ARMS HAD TO AMATURELY
CUT ᛉ OFF A LARGE PATCH OF MY F (DEEP)
FLESH FROM MY RIGHT OUTER ARM.
SEE DOCUMENTATION (MEDICAL RECORDS)
AT SALINAS VALLEY STATE PRISON IN
BEGINING OF 2007 AND 42 USC § 1997e(e)
WERE DEFENDANTS EGREGIOUSLY RIASING
UNUASAL CIRCUMSTANCES OF CRUEL AND
UNUASAL PUNISHMENT DUE TO PROFESSIONAL
STAFF WERE INVOLVED MALISHISLY FOR THE
VERY PURPOSE TO COMMIT HARM CONSPIREIN
WITH INMATES BY MEETING OF MINDS, SEE
HECK V HUMPHREY 512 US 477 (1994) BY
SHOWING DAMAGE (PHISICAL) SEE

FARMER v BEENAN 511 US 825 834 (1994)
BY BOTH GROUPS CREATING SERIOUS VIOLATION
LEADING TO GROSS PHISICAL HARM AND
SEE CRUZ v BETO 405 U.S. 319, 322 (1972)
STATEING, A COMPLIANT SHOULD NOT BE
DISMISSED FOR FIALER TO STATE CLIAMS.
SEE MY EXAUSTED REMIDY ON TATTOOING ISSUE
STATEING A FACTS FINDING IN DEFENDANTS
BIENG INVOLVED, SHOWING SET FACTS
SO SUPPORTING MY CLIAMS.

        NOW, ON THE INTERPITATION ON THE
PHISICAL CONFRINTATION WITH INMATE
CARDWELL BY OFFICERS ALLOWED FINANCIA
AGREEMENTS IS WRONGLY DISCRIBED DUE
TO 1ST OF ALL THIS GROUND STATES
ONLY MY RIGHT TO EQUAL PROTECTION
VIOLATION, ONLY! NOT AS YOUR COURTS
DESCRIBE. THIS IS A 14 TH AMENDMENT
VIOLATION DUE TO BY DEFENDANTS
CONSPIREING MEETING OF MINDS WITH
INMATE GROUPS MALISHISLY PROLONGIN
ME DAY TO DAY LIKE DESCRIBED IN
EXAUSTED REMIDY REGAURDING TATOO
ISSUE, (FOR PERIODS OF 6 MONTHS)
(AND LONGER DAY TO DAY) OVER C.O.S AND
INMATES ILLUSIONAL UNESSESARY
ASUMPTIONS IN PROTECTION OF OVER

FAMILARITY WITH THIER INMATE
GROUPS (DISRUPTIVE) & bY bIENG AWARE
OF ME bIENG PONDERED APON AND STOLE
AND DELT WITH bY THE FACTS FINDINGS
IN EXHAUSTED REMIDIE OF TATTOO ISUE
DESCRIBE bIENG ASSUMED CONTROL OVER
FOR LARGE AMOUNTS OF PROPERTY AND
MONEY THEN GOT IN CONFRINTATION
WITH INMATE CARDWELL AFTER RECIEVEING
A ~~FILE~~ AND THREAT FROM INMATE (iI) MORE
ISSUE DEFENDANTS bIENG AWAE OF WAS
ALSO RECIEVEING THREATS FROM INMATE)
THEN WAS INVOLVED IN A ALTICATION
WITH INMATE CARDWELL,

        IN WITCH I HAVE RIGHTS TO bE
PROTECTED FROM THESE SITUATIONS AS
STATED IN THE 14TH CONSTITUTIONAL
AMENDMENT, VIOLATEING MY RIGHT TO
EQUAL PROTECTION, AND SAFE GUARD LAWS
SEE NEITZKE V WILLIAMS 490 US 319,32ˢ
(1989) WERE I CLEARLY SUBMITTED EVIDENC
OF FACTS FINDING DEFENDANTS IN DESCRIBE
TASKS,

        INCLUDEING,
        YOUR STATEMENT OF MY GROUNDS
bIENG UNCLEAR ALL DUE TO FACTS HAD TO bE
UNCLEAR (INTERPETED) OVER MY GROUNDS
DESCRIBE ~~EACH~~ CONSTITUTION VIOLATIONS, TO

HAVE RESPONCE DISCRIPTIONS, OF WHOLE
DIFFERENT FACTS OF ISSUES OF MY CONSTIT-
UTION BIENG VIOLATED MALISHISLY, BY
DIFENDANTS, FROM YOUR DISTRICT COURT,
WERE IN MY GROUNDS IN 1983 CIVIL SUIT
DESCRIBE IN BRIEF DETIAL ALL BASED ON
LONG DISCRIPTIONS IN REMIDYS THAT PROLONGED
OVER PERIODS OF 6 MONTHS TO BE EXAUSTED
AND DISCRIMINATED FROM DUE TO ALIGATIONS
APON C.D.C.R. ETAL,

AND AS STATED IN STEPS FOR MOTIONS
OF DISMISSILS IN MY LAW BOOKLET, STATE
PLIANTIFFS NOW ARE CREATING DIFFERENCE
IN COURT TO GIVE DISMISSILS RESONS,

AND NOW IM HAVEING DISCRIPTIONS OF
MY GROUNDS OVER LOOKING ACTUAL CONSTITUTIONA
VIOLATIONS BIENG DISCRIBED WRONGLY AND
TWISTED DIFERENTLY,

AND IF SO AND IF THESE DISCRIPTIONS ARE
FROM PLIANTIFFS IN TRUTH PLIANTIFFS IN COURT
ARE MINIPULATING YOUR DISTRICT COURTS TO
OVER LOOK MY DISCRIPTIONS OF NUMEROUS
CONSTITUTIOAL VIOLATIONS

EXAMPLES,
OF ~~THERE~~ THE RESPONCES OF DISMISSILS,
INCLUDEING CURRENT RESPONCE OF ACTION
OF DISMISSIL,

ALL DUE TO IN EACH AND EVERY ONE OF

OF MY GROUNDS INCLUDEING,

THE R.V.R CLIAM YOUR DISTRICT DESCRIBES,

WITCH I DO NOT KNOW WHY EACH COMPLIAN IS UNCLEAR DUE TO ONLY DISCRIBEING REGULATION AND AMENDMENT VIOLATIONS IN LONG DISCRIPTION IN EXUASTED REMIDYS.

AND DETIALING BRIEFLY IN GROUNDS, CONTINUEING THIS CLIAM OF THE DESCRIBED FROM YOUR DISTRICT AS R.V.R CLIAM.

BUT ONLY DISCRIBES

<u>STAFF NEGLAGENCE</u>,

BY STATEING R.V.R WAS IN RESPONCE OF INMATE CARDWELL WHO CONSPIRED WITH STAFF CONSPIREING THRU MEETING OF MINDS AND <u>STAFF BIENG AWARE</u> OF ME BIENG PONDERED <u>APON RECIEVEING THREATS</u>, AND NEGLECTED TO REACT, PROPERLY, BY CONTINUEING TO STAY INVOLVED IN TATOOING ISSUE <u>GIVEING PERMITED DAYS TO INMATES FOR TATOOING</u>,

WERE IN R.V.R. I REACTED IN SELF DEFENCE (OUT EQUAL RESPONSIVE ACTIONS BIENG UNAWARE WERE STAFF IN . I.C.C <u>NEGLECTED</u>, TO HAVE IIS R.V.R DOCUMENTATION OF R.V.R IIS BIENG HEARD WERE IT WAS HEARD BY LT. WARFIELD,

AND <u>NEGLECTED</u> TO HAVE DOCUMENTATION OF I.S.U. OF S.V.S.P'S (C/O HANLEY) RELOMENDATION

(7)

STATED TO ME BY HANELY AT MY CELL
DOOR HAVEING MY CELL MATE AS WITNESS
(AT THAT TIME BEGINING 2002) STATEING MY
D.A. RERALS BIENG WRITEN UP AS MUTUAL
COMBAT BUT THE 115 R.V.R'S BIENG WRITEN UP
AS SAME (BATERY S-B-1-), AND SUSPENDING
THE S.H.U. AND PUT UP FOR TRANSFER,
GOING TO I.C.C ON DOCUMENTED DATE,
WERE I.C.C. NEGLECTED TO HAVE DOCUMENTATI.
STAFF NEGLECTED TO SUBMIT.
SEE 42 USC § 1997 e(e) BY EXPERIENCEING
(EXPERIENCEING) GROSS PHISICAL DAMAGE, THEN
SUFFERING PHSYCOLOGICAL DAMAGES,
  DUE TO NEGECTION OF DOCUMENTS, 1981 TEING
CASE OPEN AGIAN INCLUDEING D.A. REFERAL
AND CHANCES OF UNFIARLY BIENG SENTENCED
TO LIFE IN PRISON UNDER 3 STRIKES, WERE
IN FACT RECIEVED NUMEROUS THREATS AND
REACTED IN DEFENSE, ON INMATE CONSPIRED
WITH STAFF. MEETING OF THE MINDS WITH,
AND HAVE DOCUMENTATION IN EXAUSTED
REMIDY OF NEGLECTED INFORMATION WRITEN
ON I.C.C. 128 G STATEING INFORMATION
FROM I.C.C, SEE BALISTRERI V PACIFICA
POLICE DEPT. 901 F2D 696 699 (9TH CIR 1988)
AND WEST V ATKINS 487 US 42,48 (1988); BY SHOWING
EVERSE SENT, FURTHER MORE, SEE, ID AT 486 87
  HAVE ADITIONAL GROUNDS DESCRIBEING HEAT

TEMPITURES IN LIVEING AREAS AREA PAST UNCOMFORTABLE LEVEL VIOLATIONS IN HEALTH CODE VIOLATIONS, IN COMPARISON TO TORTURE INCLUDEING LITES IN LIVEING AREAS INTENSIFY HEAT UNBARELY IN COMPARISON TO DEVICES MILITARYS USE TO DISABLE ENEMY OF WAR. CREATING PHSUOLOGICA TORTURE (TORTURE) AND DAMAGES TANING SKIN

ALSO THESE REMIDYS TO BE DISCRIMINATED FROM C.D.C.'S AREALS PROCESSES DUE TO CRIMINAL ALIGATIONS CONCERNING TORTURE,

AND AM CURRENTLY IN PROCESS OF BEGINING STATES OF EXAUSTING REMIDY IN C S P SAC REGAURDING THIS HEAT ISSUE, SEE. MC DOWELL V CALDERON 197 F. 3D 1253 1255 (9TH CIR. 1999) INTERNAL QUATATION AND CITATION OMITTED)

AND SEE WEST 987 US AT 48 DUE TO PRIVACY CLIAM IS CLEARLY A ~~XXXXX~~ 4TH AMENDMENT VIOLATIONS RIGHTS TO PRIVACY, ALL DUE TO MAKE DECISIONS, GATHER INFORMATION, DISCLUDEING OTHERS FROM PERSONAL DECISIONS, THESE RIGHTS ARE VIOLATED BY LARGE POPULATIONS FORCEING THIER PRESENCES (BY SURVALIACE AND SOUND TRANSMISSION) TO BECOME AWARE OF VALUBLE · INFORMATION I GATHER FOR MEANS OF SUPPORT CLEARLY ~~XXXX~~ HIGHLY AND STRONGLY VIOLATEIN MY RIGHTS TO SANGNITY AND SOLITUDE AND

INFORMATION I GATHER FOR MEANS OF
SUPPORT CLEARLY HIGHLY AND STRONGLY
VIOLATEING MY RIGHTS TO SANGNITY AND
AND SOLITUDE AND TO BE PROTECTED FROM
THIS TREATMENT OVER ILLUSIONAL UNESSESARY
ASSUMPTIONS AS STATED IN 4TH CONSTITUTION
AMENDMENTS AND GOVERNMENT SAFE GUARD
ACTS. CREATING PHSCOLOGICAL TORTURE BY
EVERY PERSONAL DECISION AND VALUABLE
GATHERED INFORMATION, BIENG BROADCASTED
BY SURVALIANCE (SURVALIANCE) SOUND
TRANSMISSION BIENG SPYIED AND STUDYED
FROM 3 SIDES, (CDC ET AL , INMATE TROUPS
, VISUAL APLIKATORS AND STEREO TAKTIKS,
(BY UNKNOWN PARTY AT THIS TIME)
BUT C.D.C.'s AFILEATING WITH THESE
METHODS,

    FORCING THIER SELVS BECOMEING AWARE
OF MY GATHERED INFORMATION & PERSONAL
DECISIONS MENT FOR MY ONLY MEANS OF
SUPPORT EACH TIME DECISIONS ARE MADE
TRANSMITING SOUND AND SURVALIANCE
CREATING PHSCOLOGICAL TORTURE OVER THE
LARGE PLANARISM OPENINGS BY WHOLE
POPULATIONS BY EVERY DECISION AND
INFORMATION I GATHER EACH TIME AFTER
TIME DAY AFTER DAY FROM DATE OF CREATION
ART NOV. 2006 UNTIL PRESENT DAY AUG 2008

BY ALL GROUNDS IN 1983 IN S.V.S.P.
AND CURRENT METHODS USED IN C.S.P. SAC.
A YARD E.O.P S.6.7.8 1 BLOCK SEE 42
USC § 1997 E (E) AND DUE TO LACK OF CASE
LAWS INVOLVEING INVOLVEING THIS ISSUE,
SEE CONLEY V GIBSON 355 US 41 45 46 (1957
CONSIDERING A MOTION TO DISMISS A PRO SE
COMPLIANT SHOULD BE HELD TO LESS STRICT
STANDARDS $ STATED BY SUPREME COURT,
BACKING MERIT THRU ACTUAL REPUTATIONS
DETENSION DETENSION CENTERS HAVE
OF EVESDROPING. IN FACT IS PRISON IN
DETRIOT IN BEGINING OF 2007 HAD FACTS
OF METHOD OF EVESDROPING VOTED
UNCONSTITUTIONAL IN COURT

AND BY BOOK ATHOR OF EX GOVERNMENT
$ SEE ARTHOR NAME IN REMIDY REGAURDING
THIS ISSUE (RIGHT TO PRIVACY) THAT WAS
DISCRIMINATED FROM APPEAL PROCEEDURES
IN C.D.C.R) OVER 6TH SENCE OF SURVIALENCE
AND SEE EVESDROPING BILL CURRENTLY
EXTENDED, AND SEE PHSYCEATRIC DOCUMENTA
-TION IN S.V.S.P. 2006 AND C.S.P SAC OF
PHSKOLOGICAL DOCUMENTATION BY THE 3 EVES
DROPING METHODS INVOLVEING VISUAL APLIKATORS
AND STEREO TARTICS ALIGATIONS BASED ONLY
EXPLIANABLE $ LOGICAL FACTS OF BROADCAST OF
INFORMATION ONLY WHEN VISUALIZED. SEE RESEACH
VIDEO PRODUCED FOB GOLDBERG.

11

TO UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA RESPONSE TO
ORDER DENYING MOTION FOR
RECONSIDERATION NO C07-4025
MMC(PR) (DOCKET NO. 10)


DAVID NELSON PRYER
         PLAINTIFF,

V.

M.S. EVANS, WARDEN ET AL

DEFENDANTS


THE UNITED STATES DISTRICT
COURT IS PRESENTED WITH NEWLY
DISCOVERED EVIDENCE THE ALTERED
AMEND UNDER RULE 59 ~~RULES~~
RESPONSE TO ORDER DENYING
MOTION FOR RECONSIDERATION
WHICH IS SOLIFYED AND APPLICABI
STANDARD FOR JUSTIFYED RELIEF
UNDER THE PLAINTIFFS UNITED
STATES 14TH CONSTITUTIONAL
AMENDMENT CLAUSE WHICH AFFORDS

THE PLAINTIFF DUE PROCESS PROTECTED BY THE PLAINTIFF 14TH UNITED STATES CONSTITUTIONAL AMENDMENT CLAUSE OF DUE PROCESS THE PLAINTIFF CONTENDS THAT HE IS ENTITLED TO PROCEED WITH HIS COMPLAINT AGIANST CORRECTIONAL OFFICERS AT S.V.S.P CORRECTIONAL OFFICER FRISK MUNGER AND MENDOZ MENDOZA VIOLATED THE PLAINTIFFS 14TH UNITED STATES CONSTITUTIONAL AMENDMENT CLAUSE OF DUE PROCESS WHEN ALLOWING HIM TO BE TATTOOD BY ANOTHER INMATE AND THEN INTENTIONALLY DELAYED COMPLETION OF TATTOO EVEN THOUGH PROCEDURAL DUE PROCESS CLAUSE(S) OF C.D.C.R TITLE 15 STIPULATE OPPOSE OF TATTOO CORRECTIONAL OFFICERS FRISK MUNGER AND MENDOZA VIOLATED THE PLAINTIFFS 14TH UNITED STATES DUE PROCESS CLAUSE AMENDMENT WHEN ALLOWING THE PLAINTIFF TO BE TATTOOD BUT PROCRASTINATED CONCLUSION OF TATTOO, WERE VIOLATED THE PLAINTIFFS 14TH UNITED STATES CONSTITUTIONAL AMENDMENT DUE PROCESS CLAUSE UNDER MINED BY DEFENDANTS BECAUSE A AGERMENT

WAS UNDERMINED AND THE PLAINTIFFS
14TH UNITED STATES CONSTITUTIONAL
AMENDMENT DUE PROCESS WAS
VIOLATED BY DEFENDANT(S) FRISC
MUNDEE AND MENDOZA BECAUSE
DUE PROCESS CLAUSE OF THE
PLAINTIFF 14TH UNITED STATES
CONSTITUTIONAL AMENDMENT EXEMPLIFY
AGREEMENT WHICH DEFENDANTS
UNDERMINED BY NOT ALLOWING
THE PLAINTIFFS TATTOO WORK
TO BE COMPLETED THE PLAINTIFF
FURTHER CONTENDS HIS
8TH UNITED STATES CONSTITUTIONAL
AMENDMENT WAS VIOLATED BY
CORRECTIONAL OFFICERS WHICH PROHIBITS
CRUEL AND UNUSUAL PUNISHMENT
WHICH WAS PERPETRATED BY
CORRECTIONAL OFFICERS DUE TO
THE PLAINTIFFS SUFFERING FROM
PERSISTENT PSYCHOLOGICAL DISTURBANCE
COLLABORATED WITH THE PLAINTIFFS
MENTAL ILLNESS FURTHER DECOMPOSE WHICH
RESULTED FROM THE INCOMPLETED
INCOMPLETION OF TATTOO WORK
CONDONED BY CORRECTIONAL
OFFICERS ALL OF THE FOREMENTI
FOREMENTIONED PRECIPITATED A
PHYSICAL ALTERCATION ALSUALT
WITH INMATE CARDWEL

WHICH THE PLAINTIFF UNJUSTIFABLY
RECIVED A DISCIPLINARY REPORT
FOR AS A RESULT OF CORRECTIONAL
OFFICERS VIOLATING A AGERMENT
OF NOT LETTING TATTOO WORK
BE COMPLETED WHICH IS A OVERT
VIOLATION OF THE PLAINTIFFS 14TH
UNITED STATES CONSTITUTIONAL
AMENDMENT ~~BEFORE~~ BECAUSE DUE
PROCESS CLAUSE OF THE PLAINTIFFS
14TH UNITED STATES CONSTITUTIONAL
AMENDMENT EXEMPLIFY AGREMENT
WHICH CORRECTIONAL ~~OFFICERS~~
OFFICERS VIOLATED WHEN NOT
ALLOWING THE PLAINTIFF TATTOO
WORK TO BE COMPLETED
THE CONTENTS CONTENDED ~~TO~~
CONVEY TO COURT EXEMPLIFY
MALISCIOUS CONSPIRATORY BEHAVIOR
CLARIFIED BY CORRECTIONAL OFFICER
WHICH ENDANGERED THE PLAINTIFFS
PHYSICAL SAFETY A OVERT VIOLATION
OF THE PLAINTIFFS 8TH UNITED
STATES CONSTITUTIONAL AMENDMENT
DUE PROCESS CLAUSE AND PROCEDU
RAL DUE PROCESS C.D.C.R TITLE
15 CLAUSE(S) THE PLAINTIF ~~CONTENDS~~
CONTONDS THAT ALL FOREGOING
CONTENTS IS TRUE AND CORRECT

(15)

AND REGLISTIC ALLEGATIONS
CAN BE PROVED SOLIFYED
AND CONCLUDED BY THE PLAINTIFFS
APPLICABLE FEDERAL FEDERAL
RULES OF THE COURT WERE UPON
THE PLAINTIFF PRAYS UPON THE
COURT TO ADMINISTER POLY
GRAFT EXAMINATION OF CORRECTIONAL
OFFICER FRISK MUNGER AND MENDOZE
TO PROVE RECTIFIED CLAIMS
RELATED IN COMPLAIN TO PROVE
8TH AND 14TH UNITED STATES
CONSTITUTIONAL AMENDMENT VIOLATIONS
BY CORRECTIONAL OFFICER FRE
FRISK MUNGER AND MENDOZA AND
THAT THE PLAINTIFF BE AWARDED
IN JURY TRIAL 50.000$ DOLLARS
PER DEFENDANT FOR PAIN SUFFERING
AND OVERT UNITED STATES CONSTITUTIONAL
CONSTITUTIONAL AMENDMENT VIOLATION
FRE THE PLAINTIFF CONVEY TO
THE COURT

SOLIFIED BY

davidpryer



DAVID PRYER R15189
C S P SAC PRISON
B YARD 8 BLOCK #301
PO BOX 29
REPRESA CA
95671

MMC

U.S. DISTRICT COURT
NDF
450 GOLDEN GATE AVE
SAN FRANSISCO
CALIFORNIA
94103

UNITED STATES POSTAGE
02 1A
00045D9711
MAILED FROM ZIP CODE 95670
$ 00.000
AUG 21 2008

RECEIVED

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXCUSE ME dISTRICT COURT
Im SUBMITINg 3 COPYus of
my MEMORANDOM
        ALONG WITH IN ZEROX OF
2 REMIDYus dUE TO IINBIENt
troundus for NEGLIGENCE
INCLUDEINt SACRAMENTO
APEAL for SENd my 602
BACK UNEXAMINTEd WHEN It
WAs SENt at dirECtORus
LEVEL
    Im IN PROCEVus OF COPYINd
WHOLE 1983 ALONG WITH
EXHIBITus
    for NOW Im SUBMITINt
THIs MEMO

A
2nd

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 3/5pd  Log No. 07-0698 Category 2
Cat

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

ICC wants RVR fully adjudicated/ICC actn

NAME PRYER  NUMBER K-75989  ASSIGNMENT  UNIT/ROOM NUMBER D-8/

A. Describe Problem: ON 3/1/07 I WAS BROUGHT TO ICC. IN THE PROCEEDINGS I WAS TOLD MY 115#A-06-11-0023 BATTERY ON INMATE W/SBI WAS NOT HEARD YET ICC ALSO STATED THERE WERE NO RECOMMENDATIONS ON THE DA REFERAL BEING REDUCED TO MUTUAL COMBAT THAT WAS BROUGHT TO MY ATTENTION BY ISU. THEN STATED DOCUMENTED IN MY C-FILE I POSTPONED MY 115 PENDING THE DA REFERAL. (1) MY 115 WAS HEARD ON 12/07/06 ON 3rd WATCH BY LIEUTENANT WARRIER

If you need more space, attach one additional sheet.

B. Action Requested: THE PROPER DOCUMENTATION THAT MY 115 WAS HEARD AND THE D.A. REFERAL REDUCTION TO SURFACE.

REC'D MAR 21 2007

Inmate/Parolee Signature: david pryen  Date Submitted: 3 20 07

C. INFORMAL LEVEL (Date Received: 4/3/07 )

Staff Response: PARTIALLY GRANTED. THE RVR WAS ORDERED TO BE RE-ISSUED AND RE-HEARD. AS SOON AS THE RVR IS ADJUDICATED, YOU WILL BE RETURNED TO ICC FOR A REVIEW OF YOUR PROGRAMMING NEEDS.

Staff Signature:  Date Returned to Inmate: 4/3/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

IM DISATISFIED 1st CAUSE IM NOT ASKING TO OUGHT BACK TO COMITY OR FOR AJUDICATION M ASKING FOR THE INFO THAT WAS BROUGH TO MY TENTION BY I.S.U. OVER MY D.A. REFERAL BIENG

Signature: david pryen  Date Submitted: 4.11.2007
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

2ndp RECEIVED APR 12 2007

AND I.S.U. HENNELY CAME ON DEC. 12, 2006 TO TELL ME THAT MY D.A REFERAL WAS BEING WRITTEN UP AS MUTUAL COMBAT AND THE D.A. WOULDNT PICK IT UP. CCII STATED HE WOULD LOOK INTO MY 115 AND IF IT WAS HEARD I WILL BE BROUGT BACK TO ICC NEXT WEEK (3/08/07). BECAUSE OF THIS CONSTANT RETALIATION THAT I'M HAVING TO DEAL WITH CONSTANTLY FROM YARD TO YARD THATS OBVIOUS DUE TO HAVING NO DOCUMENTATION OF MY 115 BEING HEARD ect. THIS TYPE OF RETALIATION IS CONSTANTLY PSYCHOLOGICLY DAMAGING ME AND I CANT DEAL WITH THESE PEOPLE WORKING FOR CDCR WHOM COME TO WORK AND PERFORM ANYTHING OTHER THAN THIER WORK TASKS. BY TAKING RESPONS-ABILITY IN THIER OWN HANDS OVER PERSONAL GRUDGES OVER FEELINGS HOW SPECIFIC ISSUES THAT HAPPEN WITH-IN CDCR SHOULD OUTCOME. VIOLATING TITLE 15 SECTIONS ~~3413~~ ∅ 3413(a)(7)(B) AND 3413(a)(3) INCOMPATABLE ACTIVITY 3391(a) EMPLOYEE MISCONDUCT SEE ATTACHED DOCUMENT OF TWO (115A) SHOWING NO POSTPONEMENT.

INCLUDEING SACRAMENTO CHIEF OF INMATE APPEALS N. GRANIS, REFUSEING TO EXAUST MY 602, THAT WAS READY FOR A DIRECTORS LEVEL RESPONCE, SENT WITH 2 OTHERS. BY SENDING THIS VERY SAME 602 BACK TO ME, THAT HAD A 2ND LEVEL RESPONC STATEING THIER BRANCH, ONLY EXAMINES 602's WITH 2ND LEVEL RESPONCES. MAKEING THIS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  **DEC 1 3 2007**

In re:  David Pryer, K75989
California State Prison, Sacramento
P.O. Box 29
Represa, CA  95671

IAB Case No.: 0700006          Local Log No.: SVSP-07-01698

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. G. Arceo, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that Institution Classification Committee (ICC) rendered a decision on his program and housing needs prior to the postponement of adjudication he requested on a pending CDC Form 115, Rules Violation Report (RVR). He requests to be released from the Administrative Segregation Unit (ASU) and to be provided with the proper documentation that the RVR issued to him for Battery on an Inmate with Serious Injury was reduced to Mutual Combat by the District Attorney (DA).

**II   SECOND LEVEL'S DECISION:** The reviewer found that the Monterey County DA rejected prosecution of the charge and the RVR was properly adjudicated at Salinas Valley State Prison (SVSP). On May 31, 2007, ICC conducted a program review of the appellant's ASU housing and due to the guilty finding of the RVR imposed a 24-month aggravated Security Housing Unit (SHU) term with a Minimum Eligible Parole Date of May 8, 2008. The appellant's case will be reviewed by a Classification Staff Representative for transfer to a Psychiatric Security Unit due to the appellant's Enhanced Outpatient Program status. The appellant's request that the RVR be properly documented has been granted.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.   FINDINGS:** The appellant has failed to establish that his due process rights have been violated to warrant release from the ASU prior to his Minimum Eligible Release Date. ICC imposed a SHU term on the RVR for Battery on an Inmate with Serious Injury and not for a Mutual Combat charge as indicated by the appellant. While the appellant contends that the RVR was to be issued for Mutual Combat does not mean the charge will be modified on his word alone. Also, the institution is required to complete the disciplinary process of an RVR even when the Monterey County DA has rejected prosecution of any RVR referred to their agency by the institution for prosecution. A rejection by the DA does not equate to a reduction of the charges to a lesser offense unless the circumstances of the specific act committed warrants. No relief at the Director's Level of Review is necessary.

    **B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3375, 3379

    **C.   ORDER:** No changes or modifications are required by the Institution.



FOLSOM STATE PRISON
PRISON ROAD
P.O. BOX 71
REPRESA, CA  95671

$ 00.00⁰
JUL 27 2007
02 1A
0004359319
MAILED FROM ZIP CODE 95814

FIRST CLASS

CHIEF INMATE APPEALS BRANCH
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
P.O. BOX
SACRAMENTO CA



..te of California                                                              California State Prison-Sacramento
Department of Corrections                                                       P.O. Box 29, Represa, CA. 95671

### INMATE/PAROLEE APPEAL SCREENING FORM

-PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-

Name **Pryor**    CDC#: **K-75989**    Issue: **9**    Housing: **A7-206**

YOUR CDC 602/1824 APPEAL FORM IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department. (File BPT form 1040 attached).

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
    ☐ Your first appeal is currently under review at the _____ level.
    ☐ This appeal has been withdrawn.
    ☐ Your appeal was completed, Log # _____

☐ 3. You are appealing an action not yet taken.

☐ 4. You have not attempted to resolve the problem at the informal level with: _____
    ☐ Counselor/CCI    ☐ Dental Office    ☐ Visiting Sgt.    ☐ Records    ☐ Housing Unit C/O
    ☐ Medical Clinic    ☐ Trust Office    ☐ Mailroom    ☐ Law Library    ☐ C/O who Inventoried Prop
    ☐ Psyche Clinic    ☐ I/M Assignment Office    ☐ R&R    ☐ Fac. Prop. C/O    ☐ Other

☒ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115 After Completion of RVR
☐ CDC 115A    ☐ Supplemental    ☐ Incident Report
☐ CDC 1858 Rights and Responsibilities Statement
☐ CDC 1845 Inmate/Parolee Disability Verification
☐ CDC 128-G Initial Classification Committee
☐ CDC 128-G ICC/UCC Classification Committee Action
☐ CDC 128-G UCC    ☐ CSR Referral    ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone    ☐ Single Cell    ☐ Release from ASU    ☐ SHU Recommendation
☐ CDC 128-G Ad/Seg Initial Chrono    ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee CSR Referral
☐ CDC 128-G CSR Endorsement
☐ CDC 7362 Health Care Request (-pay)
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219 Medical Report
☒ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)
☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☐ Appeal not ADA ISSUE
☐ CDC 1819 Denied Publications
☐ CDC 1030 Confidential Disclosure form
☐ CDC 128-A    ☐ CDC 128-B    ☐ CDC 128-C
☐ CDC 128-B1 Request for Removal from Assignment
☐ CDC 128-B2 SSU/IGI Gang Validation
☐ Resubmit First Level Response
☐ CDC 143 Prop./Trans. Receipt    ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: ____
☐ Sign & Date Section: ____
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

☐ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limits, CCR 3084.2(c), 3084.3(c)(6), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further.

COMMENTS: **Pointless verbiage... clarify problem and request**

___R. Carter, CCII___                                    **8-22-07**
R. CARTER, CCII - Appeals Coordinator CSP-Sacramento          Date

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

First Level ☒ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 10.25.07 Due Date: 12.11.07

Interviewed by:

SEE ATTACHED

Staff Signature: J. [signature] Title: SERGEANT Date Completed:

Division Head Approved: Returned

Signature: [signature] Title: Capt. Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. IM DISATISFIED DUE TO MY APEAL ISSUE PSU AD SEG (SAC) DEPRIVEING ME OF ITEMS IM ACESSABLE TO WORSENING M[Y] MENTAL PHISICAL STATE ~~[illegible]~~ BIENG RECIEVED TO P.S.U. [illegible] 6 2007, (A 1 #077) B THRU POLICY CONFISCATE MY TV FOR NON DISCIPLI[NARY] REASON

Signature: [signature] Date Submitted: NOV 15 2007

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: Due Date:

☐ See Attached Letter

Signature: Date Completed:

Warden/Superintendent Signature: Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

CDC 602 (12/87) Date:

SAC-5-07-2408

State of California
Department of Corrections

California State Prison-Sacramento
P.O. Box 29, Represa, CA 95671

## INMATE/PAROLEE APPEAL SCREENING FORM

**-PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-**

Name  _Payer_    CDC#: _K75989_    Issue: _5_    Housing: _A7-206_

YOUR CDC 602/1824 APPEAL FORM IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department. (File BPT form 1040 attached).

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
   ☐ Your first appeal is currently under review at the _____ level.
   ☐ This appeal has been withdrawn.
   ☐ Your appeal was completed, Log # _____.

☐ 3. You are appealing an action not yet taken.

☐ 4. You have not attempted to resolve the problem at the informal level with: _____.
   ☐ Counselor/CCI   ☐ Dental Office   ☐ Visiting Sgt.   ☐ Records   ☐ Housing Unit C/O
   ☐ Medical Clinic   ☐ Trust Office   ☐ Mailroom   ☐ Law Library   ☐ C/O who Inventoried Prop
   ☐ Psyche Clinic   ☐ I/M Assignment Office   ☐ R&R   ☐ Fac. Prop. C/O   ☐ Other

☐ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115 After Completion of RVR
☐ CDC 115A   ☐ Supplemental   ☐ Incident Report
☐ CDC 1858 Rights and Responsibilities Statement
☐ CDC 1845 Inmate/Parolee Disability Verification
☐ CDC 128-G Initial Classification Committee
☐ CDC 128-G ICC/UCC Classification Committee Action
☐ CDC 128-G UCC   ☐ CSR Referral   ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone
☐ CDC 128-G Ad/Seg Initial Chrono   ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee  CSR Referral
☐ CDC 128-G CSR Endorsement
☐ CDC 7362 Health Care Request (-pay)
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219 Medical Report
☐ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)
☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☐ CDC 1819 Denied Publications
☐ CDC 1030 Confidential Disclosure form
☐ CDC 128-A   ☐ CDC 128-B   ☐ CDC 128-C
☐ CDC 128-B1 Request for Removal from Assignment
☐ CDC 128-B2 SSU/IGI Gang Validation
☐ Single Cell   ☐ Release from ASU   ☐ SHU Recommendation
☐ CDC 143 Prop./Trans. Receipt   ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: _____
☐ Sign & Date Section: _____
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

☐ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limits, CCR 3084.2(c), 3084.3(c)(6), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further.

COMMENTS: _Your 602 was granted. The 1st level States you received all your property - this you self-admitted. If your TV was taken later -that's a different issue -new 602_

_J. O'Brian_    _12-13-07_

I. O'BRIAN, CCII - Appeals Coordinator CSP-Sacramento    Date

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

A5-102




UNITED STATES POSTAGE

02 1A
0004329882     $ 00.59⁰
              JUL 28 2008
MAILED FROM ZIP CODE 94102

RECEIVED

JUL 29 2008

CSP-SAC MAILROOM

IT TAKES TO FEED MYSELF FOR ALMOST 2
MONTHS IN C V C P, WELL JULY 28, I JUST PUR-
CHASED, 45 DOLLERS IN AD SEG CANTEEN, IN
S N C P, THE SAME APROVEABLE ITEMS FOR
CSP SAC AD SEG, I ATE 2 SOUPS ONLY, OUT
OF MY STORE, THEN 3 DAYS LATER, I ARIVED
HERE, BIENG DEPRIVED MY APROVEABLE CANTEE
ITEMS TO FEED MYSELF. I AM UNDER WIEGHT,
UNHEALTHY, HUNGRY, & WITHOUT, IN MY CELLS,
AT AD SEG, & FOR PROPERTY, OFFICER, CO
BRYANT, IS INTENSIONLY DEPRIVEING ME OF M'
APROVEABLE ITEMS. IM ACCESSABLE TO, FOR
AD SEG, OVER PERSONAL GRUDGES, (MY STORE,
HOME ADDRESS, & LEGAL WORK,) I SERIOUSLY,
FEELS, THRU RETALEATION, & NEGLAGENCE,
CONSIDERING, IM UDERWIEGHT, STARVEING &
UNHEALTHY, MY PHISICAL, & MENTAL HEALTH, IS
WORSENING, OVER MY ~~INTENSIONS~~ CONDITIONS, b
BIENG DEPRIVED, OF MY APROVEBLE ITEMS, I
~~ACCESSABLE~~ ~~APROVEABLE~~ ~~ITEMS~~ ACCESSABLE
TO, IN AD SEG. I BOUGHT IN AD SEG, S V C F
INCLUDEING, IM NOT PLACED IN AD SEG, C S P
SAC, FOR DISCIPLINE, RESONS. I FEEL, THIS I
CRUEL & ODD, TO BE PLACED IN MY CEL
WITHOUT ANYTHING, WITCH IS INTENSIONLY
KEEPING ME, FROM PROGRAMING, (GETING IN
SHAPE) BY NOT HAVEING ENOUGH FOOD, & CALORIE
FOR MY NORMAL PHISICAL ROUTINES, ALSO TO WRITE
MY FAMILY, DUE TO MY ADDRESS IS WRITEN ON
A MINILLA POSTAL ENVELOPE, & TO NOTIFY
NORTHERN DISTRICT COURT IN SAN FRANCISCO

(SECTION)
F CONTINUED

1ST MY APEAL ISSUE IS THE SAME
2ND IM STILL DISATISFIED DUE
TO ME NOT ACCEPTING ANYTHING
OTHER, THEN ME EXAUSTING
MY 602. 3 FILEING MY LAW SUIT

I STILL HAVENT HAD NO RESPONCE & IM IN NEED OF MY HAND WRITEN COPYS OF MY GROUNDS IN MY CIVIL SUIT.

(SECTION b) CONTINUED

FOR INTENSIONLY DELAYING MY 602 MALISHISLY FOR 30 DAYS, NOW I HAVE TO WIAT ANOTHER 30 DAYS FOR RESPONCE, I WAS INTITLED TO 30 DAYS AGO.

SEE ATATCHED REQUEST FORM SHOWING EVEDIENCE I WROTE PROPERTY, BY ATATCHED 1ST, OUT OF 4, FORMS I WROTE PROPERTY.

*Copy*

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 Rev (2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Pryer N | K75989 | | SUSP | 7/31/07 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| O. Lopez | CIO | Trans to SAC 7-31-07 | |

## CANTEEN ITEMS

- [x] Cereal
- [ ] Cheese
- [ ] Cocoa
- [x] Cookies 2
- [x] Crackers 41
- [ ] Creamer
- [ ] Dry Meat
- [ ] Dry Drink Mix
- [ ] Health Food
- [ ] Protein Supplement
- [ ] Vitamins
- [x] Soup 96
- [ ] Nuts
- [ ] Sugar Cubes
- [ ] Tea
- [x] Instant Coffee 1
- [ ] Soda
- [ ] Peanut Butter
- [ ] Jelly
- [ ] Chips
- [ ] Honey
- [ ] Pork Rinds
- [ ] Hot Sauce

### Stationary Items
- [ ] Envelopes
- [ ] Stamps
- [ ] Stamped Envelopes
- [ ] Greeting Cards
- [ ] Writing Tablets
- [ ] Stationary
- [ ] Pencil Sharpener
- [x] Pens
- [ ] Writing Paper
- [ ] Pencils

### Hygiene Items
- [ ] Razor
- [ ] Tweezers
- [x] Shaving Cream
- [ ] After Shave
- [ ] Nail Clippers
- [ ] Nail Polish
- [ ] Soap
- [ ] Soap Dish
- [ ] Toothpaste
- [ ] Mouthwash
- [ ] Baby Powder
- [ ] Talc
- [ ] Shampoo
- [ ] Conditioner
- [ ] Hair Grease/Gel
- [ ] Deodorant
- [ ] Perm Kit
- [ ] Mirror
- [ ] Nail Polish
- [ ] Foundation
- [ ] Makeup Ball
- [ ] Blush
- [ ] Mascara
- [ ] Other:

### Tobacco Items
- [ ] Tobacco
- [ ] Chewing Tobacco
- [ ] Tobacco
- [ ] Cigarette Lighter
- [ ] Tobacco Pouch
- [ ] Cigarette Case
- [ ] Cigarette Roller
- [ ] Smoking Pipe

### Other Items
- [ ] Immersion Heater
- [ ] Tumbler
- [ ] Bowl
- [ ] Can Opener
- [ ] Polish
- [ ] Extension Cord

## PERSONAL ITEMS

- [ ] Photo Albums
- [ ] Photos
- [ ] Cassette Tapes
- [ ] CDs
- [ ] Religious Medallion
- [x] Ring G S
- [ ] Chain G S
- [x] Earrings G S
- [ ] Watch G S
- [ ] Wallet
- [ ] Prescription Glasses
- [ ] Sunglasses
- [ ] Handkerchief
- [ ] Wash Cloth
- [ ] Magazines
- [ ] Books
- [ ] Address Book
- [ ] Calendar
- [ ] Shoe Horn
- [ ] Shaving Bag
- [ ] Brush
- [ ] Comb
- [ ] Cosmetic Bag
- [ ] Perm Rods

### Clothing Items
- [ ] B/B Hat
- [ ] Watch Cap
- [ ] Head Band
- [ ] Gloves
- [ ] Shower Thongs
- [ ] Slippers
- [ ] Sweat Pants
- [ ] Sweat Shirt
- [ ] Tennis Shoes
- [ ] Raincoat
- [x] Thermal Top
- [ ] Thermal Pants
- [ ] Bras
- [ ] Panties
- [ ] Gym Shorts
- [ ] Athletic Supporter
- [ ] Slip

### Games
- [ ] Chess
- [ ] Checkers
- [ ] Dominoes

### Other
personal papers
letters

### Hobby Items

## NON-EXPENDABLE ITEMS

- [x] Televisions
- [ ] A/C Adapter
- Operational [x] Yes [ ] No
- Model: Zenith
- SR/N: # 0215

- [ ] CD/Cassette Player
- [ ] A/C Adapter
- Operational [ ] Yes [ ] No
- Model:
- SR/N:

- [ ] Radio
- [ ] A/C Adapter
- Operational [ ] Yes [ ] No
- Model:
- SR/N:

- [ ] Musical Instruments
- Operational [ ] Yes [ ] No
- Type:
- Model:
- SR/N:

- [ ] Typewriter
- Operational [ ] Yes [ ] No
- Model:
- SR/N:

- [ ] Fan
- Model:

- [ ] Lamp
- [ ] Electric Shaver
- [ ] Blow Dryer
- [ ] Hair Dryer
- [ ] Curling Iron
- [ ] Hair Rollers
- [ ] Pressing Comb
- [ ] Calculator

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED AS INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: DATE 7/31/07 | INMATE'S SIGNATURE: DATE: |
| RECEIVED IN R&R BY: INSTITUTION SUSP DATE 7/31/07 | |

STATE OF CALIFORNIA
PROPERTY TRANSFER RECEIPT
CDC143 (Rev 2/00)

DEPARTMENT OF CORRECTIONS

A/S      Copy

| SENDING INSTITUTION/FACILITY  SVSP | | | | | | |
|---|---|---|---|---|---|---|
| DESTINATION  SAC | | SCHEDULE  Special | | | | |
| Inmate's Name | CDC Number | Number of Personal Property Boxes (6 cu ft Limit) | Television (Boxed) | Musical Instrument (If Boxed Separately) | Number of Active Legal Case Boxes | Total Number of Boxes |
| Mata | K15927 | 1 | X | X | X | 1 |
| Knight | K21552 | 1 | X | X | X | 1 |
| Pryer | K75989 | 2 | 1 | X | X | 3 |
| | | | | | | |
| | | | | | | |
| Pulled TV set on 8/6/07 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | | | | |

| I HEREBY ACKNOWLEDGE THE ACCURACY OF THIS DOCUMENT | SIGNATURE | PRINTED NAME  I. Asuncion C/O | DATE  7-31-07 |
|---|---|---|---|

**TRANSPORTATION**

| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | SIGNATURE  V VASQUEZ | PRINTED NAME  V. VASQUEZ | DATE  7-31-07 |
|---|---|---|---|

**ENROUTE TRANSPORTATION**

| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | SIGNATURE | PRINTED NAME | DATE |
|---|---|---|---|

**RECEIVING INSTITUTION/FACILITY**

| I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE PROPERTY | SIGNATURE | PRINTED NAME  V. DEINEISEN | DATE  7-31-07 |
|---|---|---|---|

DISTRIBUTION: Original: Sending Institution/Facility; Canary: Transportation Officer; Pink: Enroute Transportation Officer; Goldenrod: Receiving Institution/Facility

RE.   California State Prison - Sacramento (SAC)
First Level Reviewer Response
Appeal Log #: SAC-S-07-02408
Date: October 26, 2007

A7 206

Inmate:     **PRYER (K-75989)**

## APPEAL ISSUE:

Property

## APPEAL DECISION:

Granted

## APPEAL RESPONSE:

Sergeant J. Baker was assigned to investigate your appeal at the First Level of Review and you were interviewed on October 26, 2007.

## SUMMARY OF APPEAL:

Your appeal is alleging that on July 31, 2007, you arrived at SAC from Salinas Valley State Prison (SVSP) and was housed in Administrative Segregation. You had just received restitution for a civil suit; however, while your funds are being processed, you are without your food items that you had purchased just prior to your transfer. Procedure for ASU placement did not allow you to receive your property including your food items and legal work.

You are requesting that you be provided with all of your property that you transferred with from SVSP.

## SUMMARY OF INQUIRY:

The Department's rules regarding this issue are contained in CCR Section 3190(c), which state in part, "Upon an inmate's transfer between institutions, the sending institution shall inventory the inmate's property and, pursuant to section 3191 ensure the proper disposition of property not allowed at the receiving institution as a result of privilege group, and/or security level, and/or institution mission changes."

On Friday, October 26, 2007, I interviewed you in regards to this Appeal. You stated that you were displeased with the ASU property procedure and the length of time it took to obtain your property, but that you **did** receive all of your property.

Therefore, your issue has already been resolved; you have all of your property. You brought forth a new issue when you responded in (Section D. Formal Level) of your appeal. These issues are separate from the original problem, and must be submitted separately.

## APPEAL RESPONSE:

For the reasons cited above, your appeal is **GRANTED.**

J. A. BAKER
Correctional Sergeant
A Facility Administrative Sergeant



